IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:14-CR-080 |
| | § | |
| JASON AGUILERA | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING DEFENDANT'S MOTION TO SUPPRESS

On December 19, 2014, the United States Magistrate Judge entered a Report and Recommendation recommending therein that the motion to suppress filed by defendant JASON AGUILERA be denied. Defendant filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Defendant's objections are hereby OVERRULED, and the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the motion to suppress filed by defendant is DENIED.

IT IS SO ORDERED.

ENTERED this _30th_ day of December 2014.

MARY LOU ROBINSON
UNITED STATES DISTRICT